**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Case No. 24-40758
Chapter 7

Paying Lee,
Debtor.

---

# MOTION FOR APPROVAL OF SETTLEMENT

---

TO: The debtor(s) and other entities specified in the applicable Federal Rules of Bankruptcy Procedure.

1. Erik A Ahlgren, the chapter 7 trustee for the debtor's estate, moves the court for the relief requested below.

2. Any response to this motion must be filed and served not later than August 22, 2024. If a response is timely filed, a hearing will be scheduled by the trustee with notice of the hearing by the trustee to the responding party and the United States Trustee. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

3. This court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing this chapter 7 case was filed on March 21, 2024. The case is now pending before this court.

4. This motion arises under Fed. R. Bankr. P. 9019 and Local Rule 9019-1. This motion is filed under Fed. R. Bankr P. 9013 and 9014. The trustee request approval of the settlement as set forth below.

5. The following is a summary of the dispute and the terms of the proposed settlement: The debtor has the following non exempt assets:

| | | |
|---|---|---|
| 2013 Toyota Tundra | 1986.50 | non-exempt interest |
| 2023 Federal Tax Refund | 1022.00 | |
| 25% of earned but unpaid wages | 212 | non exempt portion listed |
| NFCU Savings Acct xxx1838 | 1005 | Not wages earned in the 20 days prior to filing |
| 25% of NFCU checking acct xx3522 | 609 | Includes wages paid on 3/21, date of filing |
| Total | $4834.50 | |

The Trustee and the debtors have reached an agreement where the debtors will pay the Trustee $4834.50 payable in monthly installments for the assets listed above. Payment will be as follows: $604.32 due by August 1, 2024, and each subsequent payment due on the first day of the following month through March 1, 2025, at which time the remaining balance will be due in full. All checks should be made to the order of "Erik Ahlgren, Trustee" and mailed to the Ahlgren Law Office, PLLC, 220 West Washington Ave, Suite 105, Fergus Falls, Minnesota. The Trustee may send an email reminder if payment has not been received on or before the due date and the debtor shall pay $50.00 in reimbursement of the Trustee's expenses for preparing and sending the reminder. In addition, Debtors shall pay the bankruptcy estate's costs, including attorneys' fees relating to any judicial or non-judicial collection efforts other than the notice. In consideration of the above referenced payment, the Trustee on behalf of the bankruptcy estate will waive all claims against the Debtor's non-exempt assets disclosed in schedules A/B and C of the Debtor's petition. Upon discovery of undisclosed assets, the Trustee shall be entitled to re-open the case to administer such assets. Nothing herein will affect the Trustee's avoidance claims or the preservation of security interests based on the avoidance of such interests.

6. The trustee believes the settlement is in the best interest of creditors. The costs of litigation could offset any recovery to the estate

**WHEREFORE**, the trustee moves the court for an order approving the settlement and for such other and further relief as is just and equitable.

Dated: August 1, 2024

AHLGREN LAW OFFICE, PLLC

*/e/ Erik A Ahlgren*

Erik A. Ahlgren (#191814)
220 W Washington Ave Ste 105
Fergus Falls, MN 56537
Phone: (218) 998-2775
Email: erik@ahlgrenlawoffice.net

*Attorney for the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Paying Lee,

Debtor.

BKY 24-40758
Chapter 7

---

# ORDER

---

This matter came on for hearing on the trustee's motion for an order approving the settlement reached between the trustee and the debtor. Based upon the motion, files and records,

IT IS ORDERED:

1. The motion is granted.

2. The settlement is approved.

Dated:

______________________________
William J Fisher
United States Bankruptcy Judge